```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FORT SMITH DIVISION
```

**BRANDY LINDY, et al.**                                     PLAINTIFFS

          v.          Civil No. 05-2171

**JIM RAY, INC., an Arkansas corporation,**
**d/b/a JIM RAY NISSAN of Fort Smith,**
**Arkansas, and these individuals:  BILLY**
**COOPER, MARK VANDERMOLEN, and JIM RAY**          DEFENDANTS

                          <u>O R D E R</u>

Now on this 22nd day of May, 2006, comes on for consideration **Plaintiffs' Motion To Compel Stonebridge Cas. Ins. Co. To Comply With A Subpoena And Deposition Upon Written Questions** (document #23), and the Court, having been advised by counsel for the plaintiff that the issue has been resolved, finds that said motion should be, and same hereby is, **denied** as moot.

**IT IS SO ORDERED.**

                                  /s/ Jimm Larry Hendren
                                **JIMM LARRY HENDREN**
                                **UNITED STATES DISTRICT JUDGE**